# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

LON S. NEVLER,

          **Plaintiff,**

          v.                                                      Civil No. 07-6201-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          **Defendant.**

## JUDGMENT

This case is reversed and remanded for payment of benefits. This action is dismissed.

Dated: August  27 , 2008.


                                                  /s/ Ann Aiken
                                     **United States District Judge**

**JUDGMENT**                                                             **DOCUMENT NO:** _____