FILED'08 NOV 25 15:15 USDC-ORE

Kathryn Tassinari, OSB # 80115
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LON S. NEVLER, | ) |
| Plaintiff, | ) Case No. 07-6201-AA |
| vs. | ) ORDER APPROVING PLAINTIFF'S<br>) MOTION FOR ATTORNEY FEES<br>) PURSUANT TO 42 U.S.C. §406(b) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $3,593.72 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $3,593.72 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 25 day of November, 2008.

_____
U.S. District Judge

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff